## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**KEVIN LEWIS,**

CASE NO: **2:11–CV–02072–JAM–KJN**

v.

**C GIBSON,**

__XX__ –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/24/14**

**Marianne Matherly**
Clerk of Court

ENTERED:  **September 24, 2014**

by: /s/ A. Kastilahn
Deputy Clerk